**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-01500-REB-CBS

ALLEN E. LOONEY,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

    The matter comes before the court on the **Defendant Regional Transportation District's Motion To Dismiss Or In the Alternative For Summary Judgment** [#17], filed November 27, 2007.  On December 12, 2007, plaintiff filed **Plaintiff's Response To Defendant Regional Transportation District's Motion To Dismiss Or In The Alternative For Summary Judgment** [#18].  After careful review of the motion and plaintiff's response brief, stating there is no opposition to the pending motion to dismiss, the court has concluded that the motion should be granted and this action should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That  **Defendant Regional Transportation District's Motion To Dismiss Or In the Alternative For Summary Judgment** [#17], filed November 27, 2007, is **GRANTED**;

2.  That the Trial Preparation Conference set for October 3, 2008, is **VACATED**;

3.  That the jury trial set to commence October 20, 2008, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated December 12, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**